AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joyce Ann Wallace, <br> *Plaintiff* <br> v. <br> Commissioner Social Security Administration, <br> *Defendant* | ) <br> ) <br> )  Civil Action No.     8:14-cv-04395-DCN <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton.

Date:   February 10, 2016                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                               s/Ashley Buckingham, Deputy Clerk
                                                                               *Signature of Clerk or Deputy Clerk*